UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NARESH MAMNANI,

                    Plaintiff,

v.

THE CITY OF NEW YORK, OFFICE OF TECHNOLOGY AND INNOVATION; SRIDHAR DORAIKANNU, *individually*; STEVE ISRAELI, *individually*; ANATASHIA SIMON, *individually*; and YISROEL HECHT, *individually*,

                    Defendants.

25-CV-3619 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff filed this Complaint on April 30, 2025, *see* Dkt. No. 1, and received an extension to serve Defendants until August 28, 2025. *See* Dkt. No. 7. However, Plaintiff has not yet filed proof of service on the docket and Defendants have not entered a notice of appearance.

Under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action. Fed. R. Civ. P. 4(m). Accordingly, it is hereby:

ORDERED that, no later than September 5, 2025, Plaintiff shall submit a letter indicating why the Court should not dismiss the action, consistent with Rule 4(m).

IT IS FURTHER ORDERED that if the Court does not receive a letter by September 5, 2025, the case will be dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     August 29, 2025
            New York, New York

_____
Hon. Ronnie Abrams
United States District Judge