UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NARESH MAMNANI,

                Plaintiff,

                v.

THE CITY OF NEW YORK, OFFICE OF TECHNOLOGY AND INNOVATION; SRIDHAR DORAIKANNU, *individually*; STEVE ISRAELI, *individually*; ANATASHIA SIMON, *individually*; and YISROEL HECHT, *individually*,

                Defendants.

25-CV-3619 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this Complaint on April 30, 2025, *see* Dkt. No. 1, and received an extension to serve Defendants until August 28, 2025. *See* Dkt. No. 7. On August 29, 2025, the Court ordered Plaintiff to submit a letter indicating why the Court should not dismiss the action, consistent with Rule 4(m). However, Plaintiff has not yet filed proof of service on the docket, Defendants have not entered a notice of appearance, and Plaintiff has not submitted the required letter.

    Accordingly, it is hereby ORDERED that, no later than September 19, 2025, Plaintiff shall submit a letter indicating why the Court should not dismiss the action, consistent with Rule 4(m). If the Court does not receive a letter by September 19, 2025, the case will be dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 15, 2025
             New York, New York

                                                            Hon. Ronnie Abrams
                                                             United States District Judge