UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NARESH MAMNANI,

              Plaintiff,

v.

THE CITY OF NEW YORK, OFFICE OF
TECHNOLOGY AND INNOVATION;
SRIDHAR DORAIKANNU, *individually*;
STEVE ISRAELI, *individually*;
ANATASHIA SIMON, *individually*; and
YISROEL HECHT, *individually*,

              Defendants.

25-CV-3619 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      Plaintiff filed this Complaint on April 30, 2025, *see* Dkt. No. 1, and filed proof of service on the docket confirming that Defendants were served on July 29, 2025. *See* Dkt. No. 10. Defendants' answer was due on August 19, 2025. *Id.* None of the Defendants have appeared, answered, or otherwise responded to the Complaint. Defendants shall do so or seek an extension by October 17, 2025. If Defendants fail to do so, and Plaintiff intends to move for default judgment, it shall do so by November 7, 2025.

      Plaintiff shall serve a copy of this Order on Defendants by October 14, 2025 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    October 9, 2025
             New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge