UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NARESH MAMNANI,

                Plaintiff,

          v.

THE CITY OF NEW YORK, OFFICE OF
TECHNOLOGY AND INNOVATION;
SRIDHAR DORAIKANNU, individually;
STEVE ISRAELI, individually;
ANATASHIA SIMON, individually; and
YISROEL HECHT, individually,

                Defendants.

25-CV-3619 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Defendants moved to dismiss Plaintiff's Complaint on January 5, 2026. *See* Dkt. No. 20. Plaintiff's filing of the First Amended Complaint, Dkt. No. 25, and Defendants' filing of the motion to dismiss the First Amended Complaint, Dkt. No. 30, renders moot the original motion to dismiss and it is therefore denied as such. The Clerk of Court is hereby ordered to terminate the motion pending at Dkt. No. 20.

SO ORDERED.

Dated:    April 24, 2026
           New York, New York

                                      Ronnie Abrams
                                      United States District Judge