UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NARESH MAMNANI,

Plaintiff,

v.

THE CITY OF NEW YORK, OFFICE OF TECHNOLOGY AND INNOVATION; SRIDHAR DORAIKANNU, Individually; STEVE ISRAELI, Individually; ANASTASHIA SIMON, Individually; and YISROEL HECHT,

Defendants.

25-CV-3619 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As the parties are in the process of briefing Defendants' pending motion to dismiss, the parties shall inform the Court no later than September 1, 2026 whether they believe the initial pretrial conference scheduled for September 4, 2026 is necessary or should instead be adjourned until after the resolution of Defendants' motion.

SO ORDERED.

Dated: August 28, 2026
New York, New York

Ronnie Abrams
United States District Judge