UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NARESH MAMNANI,

Plaintiff,

v.

THE CITY OF NEW YORK; SRIDHAR DORAIKANNU, individually; ANATASHIA SIMON, individually; STEVE ISRAEL, individually; YISROEL HECHT, individually; and Jomy Molakan, individually,

Defendants.

25-CV-3619 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Defendant the City of New York (the "City") moved to dismiss Plaintiff's First Amended Complaint on March 18, 2026. *See* Dkt. 30. Plaintiff's filing of the Second Amended Complaint, Dkt. 48, and the City's motion to dismiss the Second Amended Complaint, Dkt. 56, render moot the prior motion and it is therefore denied as such. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 30.

SO ORDERED.

Dated: November 13, 2026
New York, New York

Ronnie Abrams
United States District Judge